Hector J. Carbajal II, Esq.
Nevada Bar No. 6247
CARBAJAL LAW
10001 Park Run Drive
Las Vegas, Nevada 89145
T: (702) 846-0040
F: (702) 846-1329
hector@claw.vegas
*Attorneys for Defendant Odiaga Auto Sales*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRENCE CLARK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ODIAGA AUTO SALES,<br><br>　　　　Defendant. | Case No.: 2:19-cv-01807-KJD-DJA<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

　　　　Defendant Odiaga Auto Sales and Plaintiff Terrence Clark hereby stipulate and agree to extend the deadline for Odiaga Auto Sales to answer or otherwise plead in response to the Complaint to January 17, 2020.

　　　　This is Odiaga Auto Sales first request for an extension of this deadline. This Stipulation

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

DATED January 8, 2020.　　　　　　　　　DATED January 8, 2020.

 */s/ Hector J. Carbajal II*　　　　　　　　*/s/ Miles N. Clark*
Hector J. Carbajal II, Esq.　　　　　　　Miles N. Clark, Esq.
Carbajal Law　　　　　　　　　　　　　Knepper & Clark LLC
10001 Park Run Drive　　　　　　　　　5510 S. Fort Apache Road, Suite 30
Las Vegas, Nevada 89145　　　　　　　Las Vegas, NV  89148

*Attorneys for Defendant*　　　　　　　*Attorneys for Plaintiff*

DATED January 8, 2020.

*/s/ David H. Krieger*
David H. Krieger, Esq.
David H. Krieger, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV  89123

*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　**IT IS SO ORDERED:**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Daniel J. Albregts
　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　DATED: January 9, 2020

## **CERTIFICATE OF MAILING**

I HEREBY CERTIFY that pursuant to F.R.C.P. 5 on January 8, 2020, I caused service of the foregoing **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT** by mailing a copy by United States Postal Service, postage prepaid, via email, and/or via electronic mail through the United States District Court's CM/ECF system to all CM/ECF registrants for this matter.

*/s/ Brittany Friedman*
An Employee of CARBAJAL LAW